**Order filed February 28, 2013, Withdrawn and Order filed April 4, 2013**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-12-00699-CV
_____

### RALPH O. DOUGLAS, Appellant

### V.

### HONORABLE BRADY G. ELLIOTT, Appellee

**On Appeal from the 240th District Court**
**Fort Bend County, Texas**
**Trial Court Cause No. 12-DCV-196294**

## ORDER

On February 28, 2013, this Court issued an order notifying appellant that the court would consider dismissal of this appeal unless appellant demonstrated that he has obtained an order from the local administrative judge permitting the filing of this appeal. *See* Tex. Civ. Prac. & Rem. Code §§ 11.101, 11.103 (West Supp. 2012). Our order is withdrawn.